UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IVOCLAR VIVADENT AG, and
IVOCLAR VIVADENT INC.,

        Plaintiffs

v.                                       Civil No. 1:23-cv-01278

UPCERA DENTAL AMERICA INC.,

        Defendant.

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ivoclar AG and Ivoclar Vivadent, Inc. hereby voluntarily dismiss this action without prejudice.

Dated: March 27, 2024

                                              **HODGSON RUSS LLP**
                                              *Attorneys for Ivoclar Vivadent AG and*
                                              *Ivoclar Vivadent Inc.*

                                              By: s/Robert J. Fluskey, Jr.
                                                  Robert J. Fluskey, Jr.
                                              The Guaranty Building
                                              140 Pearl Street, Suite 100
                                              Buffalo, New York 14202-4040
                                              Telephone: 716.856.4000
                                              *rfluskey@hodgsonruss.com*

25063646v1 044652.00819