UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IVOCLAR VIVADENT AG, and
IVOCLAR VIVADENT INC.,

        Plaintiffs

v.     Civil No. 1:23-cv-01278

UPCERA DENTAL AMERICA INC.,

        Defendant.

---

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Ivoclar AG and Ivoclar Vivadent, Inc. hereby voluntarily dismiss this action <u>without prejudice</u>.

Dated:  March 27, 2024

        **HODGSON RUSS LLP**
        *Attorneys for Ivoclar Vivadent AG and*
        *Ivoclar Vivadent Inc.*

        By: <u>s/Robert J. Fluskey, Jr.</u>
            Robert J. Fluskey, Jr.
        The Guaranty Building
        140 Pearl Street, Suite 100
        Buffalo, New York 14202-4040
        Telephone: 716.856.4000
        *rfluskey@hodgsonruss.com*

**SO ORDERED**

*[signature]*

ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT
**DATED: 03/27/2024**

25063646v1 044652.00819